UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **JAMIE WARREN,** individually and on behalf of all others similarly situated | * Docket No: 2:23-cv-00226 * |
| **Plaintiff,** | * * |
| **VERSUS** | * * |
| **EASTERN ENERGY SERVICES, INC.,** | * **JURY TRIAL DEMANDED** * |
| **Defendant.** | * |
| | * **FLSA COLLECTIVE ACTION** * |

*******************************************

## NOTICE OF CONFIDENTIAL SETTLEMENT

**Now comes,** through undersigned counsel, Plaintiff, Jamie Warren, and Defendant, Eastern Energy Services, Inc., appearing solely for purposes of this Notice of Settlement, without making any general appearance and with full reservation of rights and defenses (collectively, the "Parties"), and give notice to this Honorable Court that the parties in this action have reached a settlement in principle. The parties are working to reduce this agreement to writing and to finalize the confidential settlement. Accordingly, the parties request that all remaining deadlines be continued pending completion of the confidential settlement.

Respectfully submitted this 24th day of July, 2023.

By:

*/s/ Michael A. Josephson*
Michael A. Josephson
State Bar No. 24014780
Andrew W. Dunlap
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

Richard J. (Rex) Burch
State Bar No. 24001807
Federal ID No. 21615
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com

*ATTORNEYS FOR PLAINTIFFS*

*/s/ Jennifer L. Anderson*
Jennifer L. Anderson
State Bar No. 24047796
Elizabeth A. Liner
La. Bar No. 34429
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, PC**
450 Laurel Street, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7020
Facsimile: (225) 343-3612
jlanderson@bakerdonelson.com
bliner@bakerdonelson.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, a true and correct copy of the foregoing was filed via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*/s/ Jennifer L. Anderson*