IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE WARREN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00226-JRG |
| | § | |
| EASTERN ENERGY SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Jaimie Warren and Defendant Eastern Energy Services, Inc. (collectively, the "Parties"). (Dkt. No. 9.) In the Stipulation, the Parties stipulate that "all claims and causes of action in this matter" should be dismissed with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 28th day of August, 2023.**

                                              RODNEY GILSTRAP
                                              UNITED STATES DISTRICT JUDGE